| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Laderrick A. Pippins |
| Debtor 2 (Spouse, if filing) | Nanette M. Pippins |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 20-40280-LSG |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Mortgage Solutions of Colorado, LLC dba Mortgage Solutions Financial | **Court claim no.** (if known): | 14-2 |
| **Last four digits** of any number you use to identify the debtor's account: | 2761 | **Date of payment change:** Must be at least 21 days after date of this notice | 06/01/2021 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,271.41 |

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $771.52          **New escrow payment:** $752.93

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment** $_____          **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:** _____

   **Current mortgage payment:** $_____          **New mortgage payment:** $_____

| Debtor 1 | Laderrick A. Pippins | Case Number (if known) | 20-40280-LSG |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| ✗ /s/ Matthew Tillma | Date | 05/10/2021 |
|---|---|---|
| Signature | | |

| Print: | Matthew Tillma | Title | Authorized Agent for Mortgage Solutions of Colorado, LLC dba Mortgage Solutions Financial |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company: Bonial & Associates, P.C.

Address: 14841 Dallas Parkway, Suite 425
Number  Street
Dallas, Texas  75254
City  State  Zip Code

Contact phone: (972) 643-6600    Email: POCInquiries@BonialPC.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| IN RE: § § | CASE NO. 20-40280-LSG |
| LADERRICK A. PIPPINS § | |
| NANETTE M. PIPPINS § | |
| DEBTORS § § | CHAPTER 13 |

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 10, 2021 via electronic notice unless otherwise stated.

**Debtor** *Via U.S. Mail*
Laderrick A. Pippins
15026 Stephens Drive
Eastpointe, MI 48021

**Debtor** *Via U.S. Mail*
Nanette M. Pippins
15026 Stephens Drive
Eastpointe, MI 48021

**Debtors' Attorney**
John Z. Kallabat
31000 Northwestern Highway
Suite 201
Farmington Hills, MI 48334

**Chapter 13 Trustee**
David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

Respectfully Submitted,

/s/ **Matthew Tillma**
Authorized Agent for Mortgage Solutions of Colorado, LLC
dba Mortgage Solutions Financial
Bonial & Associates, P.C.
14841 Dallas Parkway Suite 425
Dallas Texas 75254
Email: POCInquiries@BonialPC.com
(972) 643-6600



Representation of Printed Document

## Escrow Account Disclosure Statement

Statement Date 03/30/21
Loan Number
Property Address 15026 STEPHENS DR
LASTPOINTE MI 48021

For Return Mail Only
P.O. BOX 650063, Dallas, TX 75265-0063

LADERRICK PIPPINS
NANETTE PIPPINS
15026 STEPHENS DR
EASTPOINTE MI 48021-1560

### Why are you receiving this statement?

Because the amounts billed for your escrowed items may change over time, we review your escrow account at least annually to ensure there will be enough money to pay for these items. Once the review is complete, you are provided this statement detailing our review. This is also known as the annual escrow account disclosure statement.

### A review of your escrow account has been completed

- **Required minimum balance:** Your escrow account balance is projected to remain above the minimum balance. This means you have a surplus.

- **Future payments:** Based on what we expect to pay, as of June 01, 2021, the escrow portion of your payment may change.

surplus of **$3,803.50**

To determine if there will be a shortage or overage in your account, we calculate whether the amount of your lowest projected escrow balance will be greater or less than your required minimum balance. This is determined by subtracting your required minimum balance from your lowest projected balance. If the outcome is positive, you have an overage. If it is negative, you have a shortage. Your calculation is below.

| | | |
|---|---|---|
| Lowest projected escrow balance (December 2021): | $5,188.58 | Calculated in Part 3 – Escrow Account Projections table |
| Minimum balance for the escrow account[1] | − $1,385.08 | Calculated as: $692.54 x 2 month(s) |

| | Current payment | New payment | |
|---|---|---|---|
| Principal & Int | $518.48 | $518.48 | Starting **June 01, 2021** your new mortgage |
| Escrow/Impound | $771.52 | $752.93 | |
| **Total Payment Amount** | **$1,290.00** | **$1,271.41** | |

The projected escrow surplus is only valid for loans that are current at the time of analysis. An account is current if payment is received within 30 days of the payment due date.

## Part 2 - Escrow Account History

The chart below displays actual activity on your escrow account as it occurred during the review period including the total amount you paid to your escrow account.

### Review Period Escrow Information from 02/2020 - 05/2021

| Month | Payments to Escrow | | Payments from Escrow | | Description | Running Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected Escrow Running Balance | Actual Escrow Running Balance |
| | | | | | Starting Balance | $4,184.59 | -$350.08 |
| February | $771.52 | * | $61.37 | * | MORTGAGE INS | $4,894.74 | -$350.08 |
| March | $771.52 | * | $61.37 | * | MORTGAGE INS | $5,604.89 | $350.08 |
| March | | | | $61.37 | * | MORTGAGE INS | $5,604.89 | -$411.45 |
| April | $771.52 | * | $61.37 | $61.37 | MORTGAGE INS | $6,315.04 | -$472.82 |
| May | $771.52 | * | $61.37 | * | MORTGAGE INS | $7,025.19 | -$472.82 |
| June | $771.52 | * | $61.37 | * | MORTGAGE INS | $7,735.34 | -$533.21 |
| June | | | | $60.39 | * | MORTGAGE INS | $6,241.66 | -$593.60 |
| July | $771.52 | * | $61.37 | * | MORTGAGE INS | $6,951.81 | -$2,067.18 |
| August | $771.52 | * | $61.37 | * | MORTGAGE INS | $7,661.96 | -$2,127.57 |
| August | | | $3,120.83 | * | CITY TAX | $1,420.30 | -$4,636.34 |
| September | $771.52 | * | $61.37 | * | MORTGAGE INS | $2,130.45 | -$4,696.73 |
| October | $771.52 | $3,193.50 * | $61.37 | * | MORTGAGE INS | $2,840.60 | -$1,563.62 |
| November | $771.52 | * | $61.37 | * | MORTGAGE INS | $3,550.75 | -$1,624.01 |
| December | $771.52 | $771.52 | $61.37 | * | MORTGAGE INS | $4,260.90 | -$912.88 |
| December | | | $393.23 | * | CITY TAX | $3,474.44 | -$1,016.15 |
| January | $771.52 | $771.52 | $61.37 | * | MORTGAGE INS | $4,184.59 | -$305.02 |
| February | | $771.52 * | | $60.39 | * | MORTGAGE INS | $4,184.59 | $345.72 |
| April | | $771.52 *E | | $60.39 | *E | MORTGAGE INS | $4,184.59 | $7,940.14 E |
| Total | $9,258.24 | $13,994.78 | $9,258.24 | $4,993.43 | | | |

Should you have any questions about this Escrow Analysis, please call our Customer Service Department toll-free at (866) 204-1023. Any notices of error or information requests must be sent in writing to: Mortgage Solutions Financial ATTN: Customer Care Escalations, 500 S. Broad St. Suite 100A, Meriden, CT 06450. Under federal law, Mortgage Solutions Financial may at times act as a debt collector, and federal law requires us to tell you this is an attempt to collect a debt. Any information may be used for that purpose. Mortgage Solutions Financial reports information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under the United States Code, this letter is for compliance and/or informational purposes only and is not an attempt to impose personal liability for such obligation. However, Mortgage Solutions Financial retains all rights under its security instrument against the property.

Internet Reprint

Escrow Account Disclosure Statement Continuation

## Part 3 - Escrow Account Projections

The following estimate of activity in your escrow account from 6/21 to 5/22 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount required to be on hand as specified by Federal Law, State Law, or your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Payment to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| | | | Starting Balance | $8,651.27 | $4,847.77 |
| June | $752.93 | -$60.39 | MORTGAGE INS | $9,343.81 | $5,540.31 |
| June | | -$1,282.31 | HOMEOWNERS INS | $8,061.50 | $4,258.00 |
| July | $752.93 | -$60.39 | MORTGAGE INS | $8,754.04 | $4,950.54 |
| August | $752.93 | -$60.39 | MORTGAGE INS | $9,446.58 | $5,643.08 |
| September | $752.93 | -$60.39 | MORTGAGE INS | $6,625.04 | $2,821.54 |
| November | $752.93 | -$60.39 | MORTGAGE INS | $8,010.12 | $4,206.62 |
| December | | -$3,514.08 | CITY TAX | $5,188.58 | $1,385.08 |
| February | $752.93 | -$60.39 | MORTGAGE INS | $6,573.66 | $2,770.16 |
| April | $752.93 | -$60.39 | MORTGAGE INS | $7,958.74 | $4,155.24 |
| Total | 9,035.16 | 9,035.15 | | | |

Your projected Escrow Account Balance as of 6/1/21 is $8,651.27. Your required beginning balance according to this analysis should be $4,847.77. This means you have a surplus of $3,803.50.

This surplus must be returned to you unless it is less than $ 50.00, in which case we will spread the surplus to lower your monthly payment until the credit is fully used.

## Part 4 - Payment Summary

| | | | | | |
|---|---|---|---|---|---|
| Property Taxes | $7,028.16 | ÷ | 12 | = | $585.68 |
| Property Insurance | $1,282.31 | ÷ | 12 | = | $106.86 |
| Mortgage Insurance | $724.68 | ÷ | 12 | = | $60.39 |
| Total Taxes & Insurance | $9,035.15 | ÷ | 12 | = | $752.93 |
| Total Escrow | $9,035.15 | ÷ | 12 | = | $752.93 |

# Escrow Accounts - Frequently asked questions (FAQs)

### What is an escrow account?

An escrow account is an account that a loan servicer establishes and controls on behalf of the borrower to pay obligations such as property taxes and insurance premiums on time. These obligations can include:

- Real Estate taxes
- Property (homeowner's) insurance
- Mortgage insurance (if required by investor)
- Flood Insurance

### What is an escrow analysis?

An escrow analysis itemizes all payments from and contributions to your escrow account on an annual basis. This is done to make sure the amount of your monthly payment is adequate enough to pay all escrow obligations on time. This analysis also determines whether any overages or shortages exist in your escrow account after all scheduled payments and disbursements.

### How is the lowest projected balance point determined?

The lowest monthly escrow balance during the year projection is the low-point. Your escrow account balance is projected for a twelve month period with the assumption that we receive regular payments and make scheduled disbursements.

### Why did my monthly mortgage payment change?

- **Homeowner's Insurance:** Your premium may be different as a result of changes to the type, extent, date due, or rate of your insurance coverage. Additionally, if you made any changes to your homeowner's insurance policy or insurance company this would affect the initial projections in your escrow account. We encourage you to contact your insurance company for any questions regarding changes to your homeowner's insurance premiums.
- **Real Estate Taxes:** Your real estate taxes may be different as a result of your property being reassessed or if the tax rate has changed. Anticipated tax payment time frames may change per local authority as well. We encourage you to contact your local taxing authority for any questions regarding changes to your real estate taxes.
- **New Construction:** A difference may occur with partially assessed real estate tax bills for new construction. Typically, the first tax bill for new property is only for the lot/land. We may have received a bill for the fully assessed value which includes the land and the house.
- **Initial Escrow Deposit:** Escrow is sometimes estimated at loan closing because information may not be available at the time. If the amount collected for the setup of your escrow account was more or less than the actual bills received for real estate taxes and/or insurance premiums, this will cause your monthly mortgage payment to change.

### Why do you collect a cushion?

Based on federal law, lenders may require a minimum balance requirement or 'cushion' of up to two months of the total annual escrow disbursement amount. The cushion funds cover unexpected or increased disbursements or disbursements made before the funds are available in the borrower's escrow account. Once you payoff your loan, any funds held in the escrow account for your cushion will be refunded to you.

### How did you determine my required starting balance?

Your required starting balance is determined by calculating what your balance would need to be as of today to prevent the escrow balance from falling below the minimum required balance (cushion) over the next 12 months. This is purely a mathematical calculation.

### Who do I contact if I have questions?

- **Taxes:** Contact your local assessor's office.
- **Insurance Premiums:** Contact your local insurance agency.
- **Escrow or Account Information:** Call Customer Care Center at (866) 204-1023
  Monday through Friday 8am – 9pm ET
  Saturday 8am – 12pm ET